DEFENDANT: Cavin Mower

YOB: 1974

COMPLAINT FILED? __x__ Yes _____ No

If Yes, MAGISTRATE CASE NUMBER __18-mj-1134-STV__

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __x__ Yes _____ No
If No, a new warrant is required

OFFENSE(S): **Count One:** Narcotics conspiracy (21 U.S.C. §§ 846 & 841(b)(1)(B))

**Count Two:** Money laundering conspiracy (18 U.S.C. § 1956(h))

LOCATION OF OFFENSE: Denver County Colorado, Jefferson County Colorado

PENALTY: **Count One:** NMT 40 years' imprisonment; NLT 5 years' imprisonment; NMT $5,000,000 fine (or not more than the greater of twice the gross gain or twice the gross loss from the offense); NLT 4 years' SR; NMT life SR; $100 SA

**Count Two:** NMT 20 years' imprisonment; NMT $250,000 fine (or not more than the greater of twice the gross gain or twice the gross loss from the offense); NMT 3 year SR; $100 SA

AGENT: USPIS Inspector Greg McGahey

AUTHORIZED BY: Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less ____ over five days ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE: _ Yes _x_ No