DEFENDANT: Timothy Howell

YOB: 1972

COMPLAINT FILED?  __x__ Yes  ____ No

If Yes, MAGISTRATE CASE NUMBER __18-mj-1134-STV__

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __x__ Yes  ____ No
If No, a new warrant is required

OFFENSE(S): **Count One:** Narcotics conspiracy (21 U.S.C. §§ 846 & 841(b)(1)(B))

**Count Two:** Money laundering conspiracy (18 U.S.C. § 1956(h))

**Count Three:** Aggravated identity theft (18 U.S.C. § 1028A)

LOCATION OF OFFENSE: Denver County Colorado, Jefferson County Colorado, Tennessee

PENALTY: **Count One:** NMT 40 years' imprisonment; NLT 5 years' imprisonment; NMT $5,000,000 fine (or not more than the greater of twice the gross gain or twice the gross loss from the offense); NLT 4 years' SR; NMT life SR; $100 SA

**Count Two:** NMT 20 years' imprisonment; NMT $250,000 fine (or not more than the greater of twice the gross gain or twice the gross loss from the offense); NMT 3 year SR; $100 SA

**Count Three:** 2 years' imprisonment to run consecutive to any other term of imprisonment; NMT 1 year SR; NMT $250,000 fine (or not more than the greater of twice the gross gain or twice the gross loss from the offense); $100 SA

AGENT: USPIS Inspector Greg McGahey

AUTHORIZED BY: Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less  ____ over five days  ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:  __ Yes  _x_ No