IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00481-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    CAVIN MOWER

      Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), as set forth in the Information returned on October 16, 2018;

THAT a Preliminary Order of Forfeiture was entered on September 3, 2019;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on October 3, 2019;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1).

1

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following:

    a.  Samsung Tablet, serial number RS2ADMZGWT;

    b.  3 SD Cards;

    c.  Orico Hard Drive, serial number  WCAVY3601842;

    d.  3 Thumb Drives, identified as Logitech 2.4 GB; Cruzer Micro 8 GB; Lexar 8 GB;

    e.  Dell Inspiron Laptop Tag #78J70X1;

    f.  1 ScanDisk Thumb Drive, serial number BN180125823Z;

    g.  Samsung Galaxy Note 8 Cell Phone; and

    h.  Acer Predator Laptop, serial number NHQ29AA0047390CF7C3400,

shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited electronic equipment and may dispose of it in accordance with law;

SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge